1

2

3

4

5

6            **UNITED STATES DISTRICT COURT**

7                   EASTERN DISTRICT OF CALIFORNIA

8

9    DESIREE HODGENS,                    )    Case No.: 1:12-cv-00471-LJO-SKO
                                         )
10              Plaintiff,               )
                                         )    **ORDER TO FILE DECLARATION**
11         v.                            )    **SUBSTANTIATING PLAINTIFF'S**
                                         )    **PLACE OF RESIDENCE AND SHOW**
12   MICHAEL J. ASTRUE,                  )    **CAUSE WHY THE CASE SHOULD NOT**
     Commissioner of Social Security,    )    **BE TRANSFERRED**
13                                       )
                                         )
14              Defendant.               )
                                         )
15   _____)

16

17         On March 28, 2012, Plaintiff filed the present action in this Court.  Plaintiff seeks review of

18   the Commissioner's denial of her application for benefits.  In her complaint, Plaintiff asserts that

19   venue is proper in this district because she is a resident of Fresno County.  (Docs. 1, 2.)  However,

20   the Court finds nothing in the record that indicates Plaintiff currently resides in Fresno County or in

21   a county that is within this district.  For example, notice of the Appeals Council's January 31, 2012,

22   denial of review was sent to Plaintiff in San Jose, California.  (Administrative Record ("AR") 1.)

23   The hearing before the Administrative Law Judge took place in San Jose, California.  (AR 25.)  The

24   appointment of representative form that Plaintiff completed reflects that she resides in San Jose,

25   California.  (AR 128.)

26         Federal law is clear on the issue of venue; the claimant must file suit in the judicial district

27   where he or she resides, or has a principal place of business.  42 U.S.C. § 405(g).  If the claimant

28   files suit in the wrong district, the Court may transfer venue to the proper district.  Because the

1  evidence contained in the Administrative Record does not comport with the Civil Cover Sheet

2  Plaintiff submitted as to her place of residence, Plaintiff shall file a declaration under penalty of

3  perjury setting forth her address at the time she filed her complaint and her current address, to the

4  extent it has changed since March 28, 2012.  In support of her declaration, Plaintiff shall provide

5  documentary evidence sufficient to establish her residential address at the time she filed her

6  complaint, and her current address to the extent it has changed since March 28, 2012, such as a

7  utility statement.  To the extent Plaintiff's place of residence is not within this district, Plaintiff shall

8  show cause why this case should not be transferred to the appropriate district court.

9  Accordingly, IT IS HEREBY ORDERED that **on or before January 4, 2013**:

10  1.  Plaintiff shall file a declaration signed under penalty of perjury setting forth her place

11  of residence at the time she filed her complaint in this matter and her current

12  residential address, to the extent it has changed since March 28, 2012; and

13  2.  To the extent Plaintiff's place of residence is not within this district, Plaintiff shall

14  show cause why this case should not be transferred to the appropriate district court.

15

16

17  IT IS SO ORDERED.

18  **Dated:     December 18, 2012**                    **/s/ Sheila K. Oberto**
                                                        UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28                                          2