1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CINDI DEARMON,

11            Plaintiff,                       No. 2:13-cv-0230 GEB CKD

12        vs.

13   CAROLYN W. COLVIN,                        ORDER
     Acting Commissioner of Social Security,
14
              Defendant.
15   _____/

16        Plaintiff filed the above-entitled action.  The matter was referred to a United

17   States Magistrate Judge pursuant to Local Rule 302(c).

18        On April 28, 2013, the magistrate judge filed findings and recommendations

19   herein which were served on the parties and which contained notice to the parties that any

20   objections to the findings and recommendations were to be filed within fourteen days.  No

21   objections to the findings and recommendations have been filed.

22        The court has reviewed the file and finds the findings and recommendations to be

23   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

24   ORDERED that:

25   /////

26   /////

                                          1

1          1.  Plaintiff's motion for remand (dkt. no. 15) is granted;

2          2.  The Commissioner's cross-motion for summary judgment (dkt. no. 18) is

3   denied; and

4          3.  This matter is remanded for further proceedings consistent with these findings

5   and recommendations.

6   Dated:  May 10, 2013

7

8   _____
    GARLAND E. BURRELL, JR.

9   Senior United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

                                  2