IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CINDI DEARMON,

    Plaintiff,

No. 2:13-cv-0230 GEB CKD

vs.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

ORDER

    Defendant.

_____/

    Plaintiff filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c).

    On April 28, 2013, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days. No objections to the findings and recommendations have been filed.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

/////

1

1. Plaintiff's motion for remand (dkt. no. 15) is granted;

2. The Commissioner's cross-motion for summary judgment (dkt. no. 18) is denied; and

3. This matter is remanded for further proceedings consistent with these findings and recommendations.

Dated: May 10, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge