UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDI DEARMON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | No.  2:13-cv-0230 GEB CKD<br><br><br>ORDER |

On August 12, 2013, plaintiff filed an application for attorneys fees under the Equal Access to Justice Act ("EAJA") in the amount of $7,790.47.  ECF No. 34.  No opposition has been filed.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Opposition, if any, to the EAJA application shall be filed no later than September 25, 2013.

2. In the absence of opposition, no later than September 25, 2013, the parties shall submit a stipulation for an award of EAJA fees.

Dated:  September 12, 2013

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

4 dearmon.ss.brf