UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDI DEARMON, | No. 2:13-cv-0230 GEB CKD |
| Plaintiff, | |
| v. | ORDER |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Plaintiff filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c).

On October 28, 2015, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days. No objections to the findings and recommendations have been filed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 28, 2015 are adopted in full;

/////

1

2. Plaintiff's counsel is awarded $12,195.73 in attorney fees pursuant to 28 U.S.C. § 406, to be offset in the amount of $4,242.48 previously awarded under EAJA.

Dated: November 17, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge